January 15, 1951.

No. 226, Misc. Koenig v. Cranor, Superintendent. Application denied.

No. 284, Misc. Hurst v. Hunter, Warden; and
No. 295, Misc. Spencer v. Pennsylvania et al. Motions for leave to file petitions for writs of habeas corpus denied.

No. 297, Misc. Sgro v. Wisconsin et al. Motion for leave to file petition for writ of habeas corpus and for other relief denied.

No. 307, Misc. In re Wyback. Application for injunction denied.

No. 421. Hammerstein v. Superior Court of California, in and for the County of Los Angeles, et al. District Court of Appeal of California, Second Appellate District, and the Supreme Court of California. Certiorari granted. *Robert E. Kopp* for petitioner. *Harold W. Kennedy* and *Saul Ross* for respondents.

No. 435. Bowman Dairy Co. et al. v. United States et al. C. A. 7th Cir. Certiorari granted. Mr. Justice Clark took no part in the consideration or decision of this application. *Leo F. Tierney, Herman A. Fischer, Kenneth F. Burgess, Walter J. Cummings, Jr., Isidore Fried* and *Louis E. Hart* for petitioners. *Solicitor General Perlman, Assistant Attorney General Morison* and *J. Roger Wollenberg* for respondents.